UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK PIXLEE,<br><br>        Plaintiff,<br><br>    v.<br><br>AIG LIFE INSURANCE COMPANY,<br><br>        Defendant. | NO. CV-05-0143-EFS<br><br>**ORDER DISMISSING ACTION PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL** |

    Before the Court, without oral argument, is the parties' Stipulation of Dismissal (Ct. Rec. 29). The above-described dismissal is without the award of fees or costs to any party. *Id.* Based on the parties' Stipulation of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice **(Ct. Rec. 29),** this action is **DISMISSED WITH PREJUDICE.**

    2. All pending motions are **DENIED AS MOOT.**

    3. The Clerk's Office shall **CLOSE THIS FILE.**

///

///

ORDER * 1

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2  this Order and provide a copy of the Order to counsel.
3      **DATED** this 22nd day of December 2006.

4

5                             s/Edward F. Shea
                              EDWARD F. SHEA
6                     United States District Judge

7
Q:\Civil\2005\0143.dismiss.wpd
8

ORDER * 2